# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>Defendant. | Case No.: CV 23-7222-GW-PDx<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO FIRST AMENDED ANSWER AND COUNTERCLAIMS** |
| DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company,<br><br>Counter-Defendant. | |

The Court, having reviewed Plaintiff Meridian Rapid Defense Group LLC ("Meridian" or "Plaintiff") and Delta Scientific Corporation's ("Delta Scientific" or "Defendant") joint stipulation to extend Plaintiff's deadline to respond to Defendant's First Amended Answer and Counterclaims (Dkt. 16) and finding good cause therefore, approves the stipulation and orders that Plaintiff's deadline to respond to First Amended Answer and Defendant's Amended Counterclaims is by December 4, 2023.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____
HON. GEORGE H. WU,
United States District Judge