UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>　　　　Defendant. | Case No. CV 23-7222-GW-PDx<br><br>**ORDER GRANTING DELTA SCIENTIFIC CORPORATION LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　vs.<br><br>MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company,<br><br>　　　　Counterclaim-Defendant. | **Hon. George H. Wu** |

123295155.2

The Court, having considered the Parties Joint Stipulation for Leave to File Second Amended Answer and Counterclaims ("Joint Stipulation"), and for good cause showing, the Court GRANTS and ORDERS that:

(1) Defendant Delta Scientific Corporation shall have leave to file a Second Amended Answer and Counterclaims in the form attached as Exhibit A to the Joint Stipulation;

(2) Plaintiff Meridian Rapid Defense Group LLC's ("Plaintiff") Motion to Strike is withdrawn without prejudice and taken off calendar; and

(3) Plaintiff's answer or other response to the Second Amended Answer and Counterclaims will be due pursuant to Rule 15, however, such response will not be due earlier than January 12, 2024.

IT IS SO ORDERED.

Dated: December 26, 2023

Hon. George H Wu
United States District Judge

-1-

123295155.2