**CONSTANTINE MARANTIDIS, CA Bar No. 173318**
cmarantidis@lewisroca.com
**G. WARREN BLEEKER, CA Bar No. 210834**
wbleeker@lewisroca.com
**KYLE W. KELLAR, CA Bar No. 294253**
kkellar@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile:  (626) 577-8800**

*Attorneys for Defendant and Counterclaim-Plaintiff Delta Scientific Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>Defendant.<br>_____<br>DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company,<br><br>Counterclaim-Defendant. | Case No. 2:23-cv-07222-GW (PDx)<br><br>**DELTA SCIENTIFIC CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED ANSWER AND COUNTERCLAIMS**<br><br><br>**DATE:      March 4, 2024**<br>**TIME:       8:30 a.m.**<br>**CTRM:      9D, 9th Floor**<br>**First Street Courthouse**<br><br><br>**Hon. George H. Wu** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 4, 2024 at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 9D of the above-entitled court, located at 350 W. First Street, Los Angeles, California 90012, Defendant and Counterclaim-Plaintiff Delta Scientific Corporation ("Defendant" or "Delta) will and hereby does move for leave to file a Third Amended Answer and Counterclaims to: 1) add Peter D. Whitford, an individual, as a Counterclaim-Defendant; 2) supplement its existing affirmative defenses and counterclaims and add new affirmative defenses and counterclaims based on newly discovered evidence.

This Motion is brought pursuant to Fed. R. Civ. Proc. 15(a)(2) and 16(b)(4) and Local Rule 15, and on the basis that Delta has good cause to file the proposed Third Amended Answer and Counterclaims after the deadline initially prescribed by this Court's Scheduling Order (Dkt. 27). On January 10, 2024, Delta's counsel discovered a sworn declaration by proposed counterclaim-defendant Peter Whitford, the founder and CEO of Plaintiff Meridian Rapid Defense Group LLC ("Meridian" or "Plaintiff"), confirming his access to and receipt of the design and operating principles of Mr. Jeffrey Fromm's Rapidly Deployable Barrier ("RDB") 54 barrier. Mr. Fromm's information and discoveries formed the basis for the patents asserted in this action, and Mr. Whitford knowingly omitted Mr. Fromm as a co-inventor on the asserted patents. Further, Mr. Whitford's personal knowledge that he obtained the asserted patents by fraud by knowingly omitting Mr. Fromm as a co-inventor and his knowing submission of false inventorship declarations to the U.S. Patent Office gives rise to a *Walker Process* counterclaim to be added in Delta's proposed Third Amended Answer and Counterclaims.

//
//

-1-

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of Kyle W. Kellar, and all other facts and evidence presently before the Court or to be presented at the time of hearing, if any.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which occurred on January 29, 2024.

Dated: February 5, 2024

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By  /s/Kyle W. Kellar
Constantine Marantidis
G. Warren Bleeker
Kyle W. Kellar

*Attorneys for Defendant and Counterclaim-Plaintiff Delta Scientific Corporation*