# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company,<br><br>    Plaintiff,<br>v.<br>DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>    Defendant. | Case No.: CV 23-7222-GW-PDx<br><br>**JUDGMENT** |
| DELTA SCIENTIFIC CORPORATION, a California corporation,<br><br>    Counter-Plaintiff,<br>v.<br>MERIDIAN RAPID DEFENSE GROUP LLC, a California limited liability company, and Peter Whitford,<br><br>    Counter-Defendants. | **Hon. George H. Wu** |

### Judgment

The above-captioned action involves (1) claims by Plaintiff/Counter-Defendant Meridian Rapid Defense Group, LLC ("Meridian") against Defendant/Counterclaimant Delta Scientific Corporation ("Delta") for patent infringement, as set forth in Meridian's operative Complaint, Dkt. 1; (2) counterclaims by Delta against Meridian for declaratory judgment of non-infringement, invalidity and unenforceability ("Declaratory Judgment Counterclaims"), as set forth in counts I through VI of Delta's operative Fourth Amended Answer and Counterclaims (Dkt. 112); and (3) counterclaims by Delta against Meridian and counterclaim-defendant Mr. Peter Whitford, as set forth in count VII of Delta's operative Fourth Amended Answer and Counterclaims (Dkt. 112).

On January 13, 2025, the Court entered an order (Dkt. 206) dismissing all claims according to the terms specified in the Order.

Accordingly, pursuant to Fed. R. Civ. Proc. 58, the Court hereby enters a final judgment as follows:

1. With respect to Delta's *Walker Process* fraud counterclaim (count VII), which is dismissed with prejudice, judgment is entered against Delta and in favor of counterclaim-defendants Meridian and Peter Whitford. Delta shall take nothing on its *Walker Process* fraud counterclaim.
2. Meridian's claims against Delta are dismissed without prejudice pursuant to Meridian's request for voluntary dismissal under Fed. R. Civ. Proc. 41(a).
3. Delta's Declaratory Judgment Counterclaims (counts I through VI) are dismissed without prejudice as moot for lack of subject matter jurisdiction under Fed. R. Civ. Proc. 12(b)(1).

SO ORDERED.

DATED: January 22, 2025

_____
HON. GEORGE H. WU,
United States District Judge